```
                                              FILED
                                        U.S. DISTRICT COURT
                                        DISTRICT OF NEBRASKA

                                        07 JAN 29  AM 10: 14

                                        OFFICE OF THE CLERK
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) <br>vs. )<br>)<br>$10,035.00 IN UNITED STATES CURRENCY; )<br>THE FOLLOWING WESTERN UNION MONEY ORDERS, )<br>ALL IN THE AMOUNT OF $500.00 AND ALL PURCHASED )<br>ON MARCH 1, 2006: NUMBERS 08-448738032, )<br>08-448738031, 08-448738033, 08-448738030; )<br>THE FOLLOWING HY-VEE MONEY ORDERS ALL IN )<br>THE AMOUNT OF $500.00 AND ALL PURCHASED ON )<br>MARCH 1, 2006: NUMBERS 7764316138, 7764316150, )<br>7764316149, 7764316160, 7764316204, 7764316193, )<br>7764316182, 7764316171; )<br>)<br>Defendants. ) | 8:06CV514<br><br>**ORDER** |

NOW ON THIS **26** day of January, 2007, this matter comes on before the Court upon the Stipulation of the parties (Filing No 17). The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds as follows:

1. The Defendant properties should be returned to the party of interest, U.S. Bank, by delivering the same to the trust account of the party's attorney, Gerald L. Friedrichsen.

2. Pursuant to this Court's Order dated September 5, 2006(Filing No. 5), the United States has published notice of its intent to dispose of the properties in such a manner as the Attorney General may direct. An Affidavit of Publication was filed herein on October 27, 2006(Filing No. 6). In response to said published notice, no person or entity has filed a Petition setting forth any

legal or equitable interest in the Defendant properties.

3. On December 1, 2006, a Clerk's Entry of Default (Filing No. 8) was entered against the Claimant Jeanette Bland. On December 13, 2006, a Clerk's Entry of Default (Filing No. 14) was entered against the Claimant Patrice Raven.

4. The parties' Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation is hereby approved.

B. The Defendant properties shall be returned to the party of interest, U.S. Bank, by delivering the same to the trust account of the party's attorney, Gerald L. Friedrichsen. The United States Secret Service will deliver a check made payable to the trust account of Gerald L. Friedrichsen, for the total amount of the Defendant properties.

C. Pursuant to this Court's Order dated September 5, 2006 (Filing No. 5), the United States has published notice of its intent to dispose of the properties in such a manner as the Attorney General may direct. An Affidavit of Publication was filed herein on October 27, 2006 (Filing No. 6). No person or entity has filed a Petition, in response to said published notice, setting forth any legal or equitable interest in the subject properties.

D. Upon Mr. Friedrichsen's receipt of the Defendant properties, as mentioned above, a Receipt shall be filed with this Court. Upon the filing of said Receipt, the case will be closed.

BY THE COURT:

_____
JOSEPH F. BATAILLON
CHIEF UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700


Approved as to form and content:

$10,035.00 IN UNITED STATES
CURRENCY, THE FOLLOWING WESTERN
UNION MONEY ORDERS, ALL IN THE
AMOUNT OF $500.00 AND ALL
PURCHASED ON MARCH 1, 2006:
NUMBERS 08-448738032, 08-448738031,
08-448738033, 08-448738030, THE
FOLLOWING HY-VEE MONEY ORDERS
ALL IN THE AMOUNT OF $500.00 AND
ALL PURCHASED ON MARCH 1, 2006:
NUMBERS 7764316138, 7764316150,
7764316149, 7764316160, 7764316204,
7764316193, 7764316182, 7764316171,
Defendants, and U.S. BANK, Party of Interest


By: _____
GERALD L. FRIEDRICHSEN (#15898)
Attorney at Law
13220 California St., #400
Omaha, Nebraska 68154
(402) 342-1000