IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CV514 |
| v. | ) | |
| $10,035.00 IN UNITED STATES CURRENCY, *et al.*, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on its own motion. On January 29, 2007, the court entered an order on the parties' joint stipulation. The court ordered that all of defendant properties were to be returned to the party of interest, U.S. Bank, with the U.S. Secret Service delivering a check for the total amount of the properties payable to the trust account attorney Gerald L. Friedrichsen. The court further ordered that upon Mr. Friedrichsen's receipt of the properties, the receipt should be filed with the court, after which the court would close the case.

On August 6, 2007, U.S. Bank filed a receipt acknowledging receipt and delivery of the properties. Filing No. 19. Having found that the party has complied with the court's previous order, the court now orders the clerk to close this case for statistical purposes.

SO ORDERED.

DATED this 10th day of August, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge